# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bernard Krieg and Toni Krieg,<br><br>Plaintiffs,<br><br>v.<br><br>Biomet Orthopedics, LLC, et al,<br><br>Defendants. | No.  1:19-cv-00058-RAL<br><br>(Magistrate Judge Richard A. Lanzillo)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

THE COURT, having reviewed the Stipulation of Dismissal Without Prejudice filed by Bernard Krieg and Toni Krieg ("Plaintiffs"), and Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; Biomet Manufacturing Corp.; and Biomet, Inc., ("Defendants"), and being fully advised in the premises thereof, hereby ORDERS that the case is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DONE THIS 7th day of April, 2020

BY THE COURT:

THE HONORABLE RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE

00579851;V1                                      1